## UNITED STATES *v.* FISHER.

No. 700.   Decided May 16, 1966.

*Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

*Joseph H. Stamler* for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE HARLAN would set the case for argument, postponing consideration of jurisdiction to the hearing of the case on the merits.